### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **13-5156** |
| | : | |
| **TEMPLE UNIVERSITY, <u>ET</u> <u>AL.</u>,** | : | |
| | : | |
| **Defendants.** | : | |

### <u>ORDER</u>

**AND NOW**, this 23rd day of December, 2013, upon consideration of the attached Joint Stipulation to extend the time to respond to Defendants' motions to dismiss and to strike (doc nos. 9 & 10), it is **ORDERED** that the stipulation is **APPROVED and ADOPTED**. Plaintiff shall respond to the motion to dismiss by **December 30, 2013**.

**BY THE COURT:**

<u>S/MITCHELL S. GOLDBERG</u>
**MITCHELL S. GOLDBERG**